DOUGHERTY, et al, Appellants, v. NOVOTNY, et al, Respondents.

(232 N. W. 91.)

(File No. 7039. Opinion filed October 6, 1930.)

*Miller & Shandorf*, of Mitchell, for Appellants.

*Claude Maule* and *O. D. Olmstead*, both of Winner, for Respondents.

PER CURIAM. The judgment and order appealed from are affirmed.

All Judges concur.

STATE, Respondent, v. KANSTRUP, Appellant.

(232 N. W. 91.)

(File No. 7043. Opinion filed October 6, 1930.)

*L. E. Waggoner*, of Sioux Falls, for Appellant.

*M. Q. Sharpe*, Attorney General, and *R. F. Drewry*, Assistant Attorney General, for the State.

PER CURIAM. Defendant was convicted in the court below of the crime of perjury, and, from the judgment and a denial of her motion for new trial, she has appealed.

The evidence of appellant's guilt is clear and convincing, and a careful examination of the errors assigned fails to show anything prejudicial to the substantial or constitutional rights of appellant. The judgment and order appealed from are therefore affirmed.

All the Judges concur.